Argued and submitted September 25, affirmed November 8, 1995, petition for review allowed January 30, 1996 (322 Or 598)

STATE OF OREGON,
*Respondent,*

*v.*

LESLIE LEE TOEVS,
*Appellant.*

(10-94-01400; CA A85708)

904 P2d 658

Eric Johansen, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Robert M. Atkinson, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Affirmed. *State v. Bonham,* 120 Or App 371, 852 P2d 905 (1993).